IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-CR-00480-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     WAI CHONG KONG,

       Defendant.

_____

ORDER
_____

Upon Government's Unopposed Request for Release of Passport (Doc 156 - filed July 9, 2009), it is

ORDERED that the Request is GRANTED. The Clerk's Office is directed to release Defendant Kong's passport to the ICE agents who have filed a request with the Clerk's Office.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            LEWIS T. BABCOCK
                            United States District Court Judge

DATED: July 10, 2009